# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

m 98-41129

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

CECIL ANTHONY DORTCH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
_____

February 14, 2000

ON PETITION FOR REHEARING

(Opinion December 23, 1999, 5th Cir. 1999, 199 F.3d 193, 203)

Before GARWOOD, SMITH, and
    BENAVIDES, Circuit Judges.

PER CURIAM:

The petition for rehearing is DENIED. In response to the petition for rehearing, however, the court acknowledges that the evidence found at the residence is not necessarily to be excluded, given that there were independent sources of information that formed the basis of the search warrant for the house. Accordingly, the sentence indicating to the contrary is hereby deleted. *See United States v. Dortch*, 199 F.3d 193, 203 (5th Cir. 1999).

Judge Garwood dissents from denial of rehearing.